| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | ROSS K. NAUGHTON |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE 2:17-MJ-00171-CKD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: HEARING |
| v. | DATE: N/A |
| GREGORY J. ROJAS, | TIME: N/A |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

The government and the defendant, GREGORY J. ROJAS, hereby stipulate that the identity hearing/preliminary hearing presently set for 2:00 p.m. on October 17, 2017, be re-set for 2:00 p.m. on October 12, 2017, in order to resolve a witness-availability issue.

Respectfully submitted on October 4, 2017.

| | |
|---|---|
| PHILLIP A. TALBERT | HEATHER E. WILLIAMS |
| United States Attorney | Federal Defender |
| /s/ *Ross K. Naughton* | /s/ *David M. Porter* |
| ROSS K. NAUGHTON | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Defendant |
| UNITED STATES OF AMERICA | GREGORY J. ROJAS |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the identity hearing/preliminary hearing presently set for 2:00 p.m. on October 17, 2017, is **RE-SET** for 2:00 p.m. on October 12, 2017.

**SO ORDERED**

Dated: October 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE